<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7685**

MARLON CANADY,

　　　　Plaintiff - Appellant,

　　v.

RODERIC L. TUELL, Building Manager, Unit Manager, employed at Sussex One State Prison, sued individually and official capacity; BENJAMIN T. ULEP, Doctor, employed at Sussex One State Prison, sued individually and official capacity; EDDIE PEARSON, Warden, employed at Sussex One State Prison, sued individually and official capacity; VANCAMP, Sergeant (Male), employed at Sussex One State Prison, sued individually and official capacity; GREGORY HOLLOWAY, Warden, employed at Wallens Ridge state Prison, sued individually and official capacity; M. STANFORD, Medical Administrator, employed at Wallens Ridge state Prison, sued individually and official capacity; DANIEL MILLER, Doctor, employed at Wallens Ridge state Prison, sued individually and official capacity; SABRINA LOGAN, Sergeant (female), employed at Sussex One State Prison, sued individually and official capacity; JERRY D. OATES, United Manager, employed at Sussex One State Prison, sued individually and official capacity,

　　　　Defendants – Appellees,

　　and

HAROLD CLARKE, Director of Department of Corrections, sued individually and official capacity; LOGAN, Sergeant (female), employed at Sussex One State Prison, sued individually and official capacity; JANE DOE, Medical Administrator, employed at Sussex One State Prison, sued individually and official capacity; J. D. OATES, United Manager, employed at Sussex One State Prison, sued individually and official capacity; K. LAMB, Correctional Officer, employed at Wallens Ridge state Prison, sued individually and official capacity; FRED SCHILLINGS, Director of the Virginia Department of Corrections

Medical Health Services, sued individually and official capacity,

                    Defendants.

                    ————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:14-cv-00420-REP-RCY)

                    ————————————

Submitted:  February 25, 2016          Decided:  March 1, 2016

                    ————————————

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

                    ————————————

Dismissed by unpublished per curiam opinion.

                    ————————————

Marlon Canady, Appellant Pro Se.

                    ————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Canady seeks to appeal the district court's order dismissing some, but not all, of his claims raised under 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Canady seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Canady's motion for appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED